UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRENT NEWSOME, | : |
| Petitioner, | : CIVIL NO. 3:13-CV-665 |
| v. | : |
| | : |
| ERIC HOLDER, et al., | : (Judge Kosik) |
| Respondents. | : |

FILED SCRANTON OCT 0 8 2013 PER \_\_\_ DEPUTY CLERK

## ORDER

AND NOW, THIS 9th DAY OF OCTOBER, 2013, IT APPEARING TO THE COURT THAT:

(1) Petitioner, Brent Newsome, an inmate formerly confined at York County Prison, York, Pennsylvania, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 seeking release from immigration custody pending completion of an immigration removal proceeding (Doc. 1);

(2) On September 19, 2013, the United States filed a suggestion of mootness (Doc. 10), which indicates that Petitioner was released on an order of supervision on August 16, 2013, and therefore, Petitioner received the relief he sought in his petition;

(3) On September 24, 2013, Magistrate Judge Martin C. Carlson issued a Report and Recommendation (Doc. 11) in which he recommended that the Petition for Writ of Habeas Corpus be dismissed as moot;

(4) Moreover, a copy of the Report and Recommendation sent to Petitioner at his last known address, York County Prison, was returned as "Not Deliverable As Addressed" and "Unable to Forward" (Doc. 12);

AND, IT FURTHER APPEARING THAT:

(5) We agree with the Report and Recommendation of the Magistrate Judge (Doc. 11);

ACCORDINGLY, IT IS HEREBY ORDERED THAT:

(1) The Report and Recommendation of Magistrate Judge Martin C. Carlson dated September 24, 2013 (Doc. 11) is **ADOPTED**;

(2) The Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED** as moot; and

(3) The Clerk of Court is directed to **CLOSE** this case and to forward a copy of this Order to the Magistrate Judge.

Edwin M. Kosik
United States District Judge